UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLEEN AHERN      :
                   :
v.                 :  CIV. NO. 3:01cv2309 (WWE)
                   :
EQUIFAX INFO SERVICES LLC, :
ET AL.             :

FILED
2003 OCT 24  P 2:58

### Ruling and Order

The court held a discovery hearing on this case on August 28, 2003 to resolve several discovery disputes. At the hearing, plaintiff moved for sanctions against defendant Cross County for repeated failure to comply with outstanding discovery requests. As of October 9, 2003, defendant has still not produced the requested manuals. Plaintiff's oral motion for sanctions is **GRANTED**, and the court orders the following.

Cross County will provide plaintiff with the correct versions of the requested manuals on or before October 29, 2003. Defendants will be fined $100 for each day thereafter that they are not in compliance with this order and cannot provide an acceptable explanation or timetable for compliance.

Plaintiff will complete the deposition of Malesia Beauford on or before November 5, 2003.

Dispositive motions will be filed on or before Friday, November 10, 2003.

Plaintiffs will file an application for attorneys fees and costs incurred to date.

Requests for extensions of time must be made on or before October 30, 2003.

SO ORDERED at Bridgeport this  10  day of October 2003.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

2