79

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CARLEEN AHERN

2003 JUL 21 P 12: 59

v.

3:01CV 2309 (WWE)

EQUIFAX INFORMATION SERVICES, LLC
CROSS COUNTRY BANK  et al.

July 21, 2003

### PLAINTIFF'S SECOND MOTION FOR DISCOVERY ORDERS

On January 16, 2003, Magistrate Judge Fitzsimmons ordered defendant CROSS COUNTRY BANK to comply with long outstanding discovery requests (Doc. No. 66). Despite several reminders and requests, defendant has not fully complied. On April 30, 2003, Magistrate Judge Fitzsimmons entered additional discovery orders. (Doc. No. 76). Cross Country has not complied.

Pursuant to Fed. R. Civ. P. 37(b)(2) or (d), plaintiff moves for the entry of a default against defendant CROSS COUNTRY, an order that the allegations of the complaint shall be taken to be established against the defendant CROSS COUNTRY, and an order striking its affirmative defenses.

ORAL ARGUMENT NOT REQUESTED

Motion DENIED. It Is SO ORDERED
HOLLY B. FITZSIMMONS, U.S.M.J.
DATE 10/27/03

THE PLAINTIFF

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395