```
               UNITED STATES DISTRICT COURT

                  DISTRICT  OF  CONNECTICUT
```

Carleen Ahern

V.                              Case Number:  3:01cv2309 WWE

Equifax Info Services, et al

```
                    NOTICE  TO  COUNSEL
                    --------------------
```

The above-entitled case was reported to the Court on <u>November 24, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 24, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 24, 2003.

```
                    KEVIN F. ROWE, CLERK

              By:  _____
                    Diane Kolesnikoff
                    Deputy Clerk
```