UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CARLEEN AHERN

2004 JAN -5  P 12: 33

v.                                                            3:01CV 2309 (WWE)

EQUIFAX INFORMATION SERVICES, LLC
CROSS COUNTRY BANK  et al.

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and remaining defendant CROSS COUNTRY BANK stipulate that the complaint herein may be dismissed in accordance with the parties' settlement agreement, without costs or fees to any party.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By _____ | By _____ |
| Joanne S. Faulkner ct04137 | Robert W. Allen    (ct 04188) |
| 123 Avon Street | Tyler Cooper & Alcorn |
| New Haven CT 06511 | 205 Church St |
| (203) 772-0395 | New Haven CT 06510 |
| | (203) 784-8212 |