01CV2309StipDsm

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CARLEEN AHERN

2004 JAN -5  P 12: 33

v.

3:01CV 2309 (WWE)

EQUIFAX INFORMATION SERVICES, LLC
CROSS COUNTRY BANK et al.

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1), plaintiff and remaining defendant CROSS COUNTRY BANK stipulate that the complaint herein may be dismissed in accordance with the parties' settlement agreement, without costs or fees to any party.

THE PLAINTIFF

By _____
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
(203) 772-0395

THE DEFENDANT

By _____
Robert W. Allen       (ct 04188)
Tyler Cooper & Alcorn
205 Church St
New Haven CT 06510
(203) 784-8212

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ

FILED 2004 JAN 13 US DISTRICT COURT BRIDGEPORT